**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JORGE LEAL, AS TO AN UNDIVIDED**                        **PLAINTIFFS**
**100,000/158,000 INTERST; and FMC T.D.**
**INVESTMENTS, LLC, AS TO AN**
**UNDIVIDED 58,000/158,000 INTEREST**

**V.**                        **CASE NO. 5:24-CV-5152**

**KEITH M. GLASS, and**
**AMIE M. GLASS.**                        **DEFENDANTS**

## ORDER ON MOTION FOR DEFAULT JUDGMENT

Now before the Court is a Motion for Default Judgment (Doc. 15) filed by Plaintiffs

Jorge Leal, as to an Undivided 100,000/158,000 Interest; and FMC T.D. Investments LLC,

as to an Undivided 58,000/158,000 Interest.  In their Complaint, Plaintiffs request judicial

foreclosure of the following tract of real property:

> Lot 18, Carley Meadows Subdivision, To the City of Johnson, Washington
> County, Arkansas, As Shown in Plat Record "11" at Page 40. Subject to
> Recorded Instruments, Covenants, Rights of Way, and Easements.

The property is more commonly known as 4589 Ashford Knolls, Springdale,

Arkansas 72762 (the "Property").  Plaintiffs allege that on or about March 30, 2023,

Defendants Keith Glass and Annie Glass delivered a mortgage note as security for the

repayment of a $158,000 loan to Mr. and Mrs. Glass, which was duly recorded with the

Washington County Clerk's Office on May 15, 2023.  Plaintiffs claim that Mr. and Mrs.

Glass defaulted on the note by failing to make their January 1, 2024 payment on the

mortgage and all subsequent payments.  Plaintiffs now request a default judgment on

their foreclosure claim, an order for possession of the Property, and an order declaring

that Plaintiffs hold the senior lien interest in the Property.  Plaintiffs also seek $209,932.73 in monetary damages and attorney's fees.

Plaintiffs served Mr. and Mrs. Glass on August 13, 2024, *see* Doc. 9-1, they did not answer, and the Clerk of Court entered a default, *see* Doc. 10.  Plaintiffs thereafter moved for summary judgment on all claims, the Court struck that motion, and the Court instructed Plaintiffs to refile as a motion for default judgment, which they did.  *See* Doc. 14.  Attached to Plaintiffs' latest Motion is a statement of Plaintiffs' damages and an itemized invoice for their legal fees. *See* Doc. 15-1, 15-2.

It is within the Court's discretion to determine whether a default judgment should enter.  Fed. R. Civ. P. 55(b)(1).  As a consequence of default, a defendant is deemed to have admitted the factual allegations in the complaint.  *See* Fed. R. Civ. P. 8(b)(6) ("An allegation—other than one relating to the amount of damages—is admitted if a responsive pleading is required and the allegation is not denied."); *Murray v. Lene*, 595 F.3d 868, 871 (8th Cir. 2010) ("Upon default, the factual allegations of a complaint (except those relating to the amount of damages) are taken as true.").  While the factual allegations are taken as true, the plaintiff must prove the allegations regarding the amount of damages to a reasonable degree of certainty.  *See Everyday Learning Corp. v. Larson*, 242 F.3d 815, 818–19 (8th Cir. 2001).

While many of the damages and costs sought by Plaintiffs are calculable based upon the pleadings, Plaintiffs also seek reimbursement for "Unpaid charges/corp advances" which are ostensibly legal fees not otherwise reflected in Plaintiff's Counsel's Affidavit of Attorney's Fees and Costs (Doc. 15-1 at 2).  Thus, in order to determine with reasonable certainty the total amount of damages owed by Mr. and Ms. Glass, including

reasonable attorney's fees for Plaintiffs' counsel's services, **IT IS ORDERED** that the parties and/or their counsel appear for a hearing on **OCTOBER 27, 2025 at 10:30 am in the Fifth Floor Courtroom of the Federal Courthouse in Fayetteville, Arkansas**.

Plaintiffs' counsel is directed to mail a copy of this Order via certified mail, return receipt requested, to Mr. and Ms. Glass at their last known addresses within 14 days.

**IT IS SO ORDERED** this ___14th___ day of October, 2025.

_____
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE