## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**JORGE LEAL, AS TO AN UNDIVIDED 100,000/158,000 INTERST; and FMC T.D. INVESTMENTS, LLC, AS TO AN UNDIVIDED 58,000/158,000 INTEREST**                                    **PLAINTIFFS**

**V.**                                    **CASE NO. 5:24-CV-5152**

**KEITH M. GLASS, and AMIE M. GLASS.**                                    **DEFENDANTS**

## ORDER ON MOTION FOR DEFAULT JUDGMENT

Now before the Court is a Motion for Default Judgment (Doc. 15) filed by Plaintiffs Jorge Leal, as to an Undivided 100,000/158,000 Interest; and FMC T.D. Investments LLC, as to an Undivided 58,000/158,000 Interest. In their Complaint, Plaintiffs request judicial foreclosure of the following tract of real property:

Lot 18, Carley Meadows Subdivision, To the City of Johnson, Washington County, Arkansas, As Shown in Plat Record "11" at Page 40. Subject to Recorded Instruments, Covenants, Rights of Way, and Easements.

The property is more commonly known as 4589 Ashford Knolls, Springdale, Arkansas 72762 (the "Property"). Plaintiffs allege that on or about March 30, 2023, Defendants Keith Glass and Annie Glass delivered a mortgage note as security for the repayment of a $158,000 loan to Mr. and Mrs. Glass, which was duly recorded with the Washington County Clerk's Office on May 15, 2023. Plaintiffs claim that Mr. and Mrs. Glass defaulted on the note by failing to make their January 1, 2024 payment on the mortgage and all subsequent payments. Plaintiffs now request a default judgment on their foreclosure claim, an order for possession of the Property, and an order declaring

that Plaintiffs hold the senior lien interest in the Property. Plaintiffs also seek $209,932.73 in monetary damages and attorney's fees.

Plaintiffs served Mr. and Mrs. Glass on August 13, 2024, *see* Doc. 9-1, they did not answer, and the Clerk of Court entered a default, *see* Doc. 10. Plaintiffs thereafter moved for summary judgment on all claims, the Court struck that motion, and the Court instructed Plaintiffs to refile as a motion for default judgment, which they did. *See* Doc. 14. Attached to Plaintiffs' latest Motion is a statement of Plaintiffs' damages and an itemized invoice for their legal fees. *See* Doc. 15-1, 15-2.

It is within the Court's discretion to determine whether a default judgment should enter. Fed. R. Civ. P. 55(b)(1). As a consequence of default, a defendant is deemed to have admitted the factual allegations in the complaint. *See* Fed. R. Civ. P. 8(b)(6) ("An allegation—other than one relating to the amount of damages—is admitted if a responsive pleading is required and the allegation is not denied."); *Murray v. Lene*, 595 F.3d 868, 871 (8th Cir. 2010) ("Upon default, the factual allegations of a complaint (except those relating to the amount of damages) are taken as true."). While the factual allegations are taken as true, the plaintiff must prove the allegations regarding the amount of damages to a reasonable degree of certainty. *See Everyday Learning Corp. v. Larson*, 242 F.3d 815, 818–19 (8th Cir. 2001).

While many of the damages and costs sought by Plaintiffs are calculable based upon the pleadings, Plaintiffs also seek reimbursement for "Unpaid charges/corp advances" which are ostensibly legal fees not otherwise reflected in Plaintiff's Counsel's Affidavit of Attorney's Fees and Costs (Doc. 15-1 at 2). Thus, in order to determine with reasonable certainty the total amount of damages owed by Mr. and Ms. Glass, including

reasonable attorney's fees for Plaintiffs' counsel's services, **IT IS ORDERED** that the parties and/or their counsel appear for a hearing on **OCTOBER 27, 2025 at 10:30 am in the Fifth Floor Courtroom of the Federal Courthouse in Fayetteville, Arkansas**.

Plaintiffs' counsel is directed to mail a copy of this Order via certified mail, return receipt requested, to Mr. and Ms. Glass at their last known addresses within 14 days.

**IT IS SO ORDERED** this 14th day of October, 2025.

_____

TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE



**CERTIFIED MAIL**



$10.44⁰
US POSTAGE IMI
FIRST-CLASS
FROM 33779
10/24/2025
Stamps.com

The Law Offices of Damian G. Waldman
PO Box 5162
Largo, FL 33779
**(727) 538 4160**

7019 0700 0001 1409 0805

Keith M. Glass
2580 N College Ave
FAYETTEVILLE AR 72703-3310

---

The Law Offices of Damian G. Waldman
PO Box 5162
Largo, FL 33779
**(727) 538 4160**



$0.74⁰
US POSTAGE IMI
FIRST-CLASS
FROM 33779
10/24/2025
Stamps.com

Keith M. Glass
2580 N College Ave
FAYETTEVILLE AR 72703-3310

A

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Keith M. Glass
2580 N College Ave
Fayetteville, AR 72703-3310

9590 9402 9660 5199 8016 19

7019 0700 0001 1409 0805

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
☐ ...ail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

7019 0700 0001 1409 0805

Keith M. Glass
2580 N College Ave
Fayetteville, AR 72703-3310

...or Instructions

Case 5:24-cv-05152-TLB   Document 17   Filed 10/24/25   Page 5 of 7 PageID #: 202



$10.44⁰
US POSTAGE IMI
FIRST-CLASS
FROM 33779
10/24/2025
Stamps.com
063S0014950443

7019 0700 0001 1409 0812

Amie M. Glass
2580 N College Ave
FAYETTEVILLE AR 72703-3310



The Law Offices of Damian G. Waldman
PO Box 5162
Largo, FL 33779
(727) 538 4160

$0.74⁰
US POSTAGE IMI
FIRST-CLASS
FROM 33779
10/24/2025
Stamps.com
063S0001443243

Amie M. Glass
2580 N College Ave
FAYETTEVILLE AR 72703-3310



The Law Offices of Damian G. Waldman
PO Box 5162
Largo, FL 33779
(727) 538 4160

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Amie M. Glass**
**2580 N College Ave**
**Fayetteville, AR 72703-3310**

9590 9402 9660 5199 8029 06

2. Article Number (Transfer from service label)

7019 0700 0001 1409 0812

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Postmark
Here

7019 0700 0001 1409 0812

**Amie M. Glass**
**2580 N College Ave**
**Fayetteville, AR 72703-3310**

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions