**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**

JORGE LEAL, AS TO AN UNDIVIDED
100,000/158,000 INTEREST; FMC T.D.                    Civil Action No. 5:24-CV-05152-TLB
INVESTMENTS, LLC, AS TO AN
UNDIVIDED 58,100/158,000 INTEREST,
     Plaintiffs,

vs.

KEITH M. GLASS, et al.,
     Defendants.

---

**PLAINTIFF'S NOTICE OF FILING PROOF OF MAILING NOTICE OF HEARING TO
DEFENDANTS AND MONKEY DOODLE, LLC**

**NOW COMES** Plaintiffs, JORGE LEAL, AS TO AN UNDIVIDED 100,000/158,000

INTEREST and FMC T.D. INVESTMENTS, LLC, AS TO AN UNDIVIDED 58,100/158,000

INTEREST, and hereby gives Notice of Filing Proof of Mailing Notice of Hearing to Defendants

and Monkey Doodle, LLC.

*/s/   Damian G. Waldman, Esq.*
☑ Damian G. Waldman, Esq.
Florida Bar No. 0090502
Law Offices of Damian G. Waldman, P.A.
PO Box 5162
Largo, FL 33779
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email 1: damian@dwaldmanlaw.com
E-Service: service@dwaldmanlaw.com
*Attorneys for Plaintiff*

[CERTIFICATE OF SERVICE TO FOLLOW]

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via

Notice of Electronic Filing by CM/ECF transmission to all counsel and parties who are registered

to receive such service in this case on December 29, 2025.

*/s/ Damian G. Waldman, Esq.*
Damian G. Waldman, Esq.
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**

JORGE LEAL, AS TO AN UNDIVIDED
100,000/158,000 INTEREST; FMC T.D.
INVESTMENTS, LLC, AS TO AN UNDIVIDED
58,100/158,000 INTEREST,
　　Plaintiffs,

vs.

KEITH M. GLASS, et al.,
　　Defendants.

Civil Action No. 5:24-CV-05152-TLB

---

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Motion for Judgment [DIN:15] will be called up for hearing before the Honorable Timothy L Brooks, Judge of the above-styled Court via TEAMS *(see below)*, on **January 9, 2026 at 1:30 p.m. CST**, or as soon thereafter as counsel may be heard. If you or any interested party wishes to appear, please contact the Court at (479) 695-4460 to receive the TEAMS link:

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail to all parties on the attached service list on December 30, 2025.

/s/ Damian G. Waldman
☐　Damian G. Waldman, Esq.
　　Florida Bar No. 0090502
　　**Law Offices of Damian G. Waldman, P.A.**
　　PO Box 5162
　　Largo, FL 33779
　　Telephone: (727) 538-4160
　　Facsimile: (727) 240-4972
　　Email 1: damian@dwaldmanlaw.com
　　E-Service: service@dwaldmanlaw.com
　　*Attorneys for Plaintiff*

## SERVICE LIST

Keith M. Glass
4589 Ashford Knolls
Springdale, AR 72762

Aime M. Glass
4589 Ashford Knolls
Springdale, AR 72762

Monkey Doodle, LLC
c/o Keith Glass, RA
1864 N. Hartford Dr.
Fayetteville, AR 72701



**The Law Offices of Damian G. Waldman**
PO Box 5162
Largo, FL 33779

7018 0040 0000 0013 2547



$10.44 0
US POSTAGE IMI
FIRST-CLASS
063S0014950485
FROM 33779

Monkey Doodle, LLC
c/o Keith Glass, RA
1864 N. Hartford Dr.
Fayetteville, AR 72701

**The Law Offices of Damian G. Waldman**
PO Box 5162
Largo, FL 33779



$0.74 0
US POSTAGE IMI
FIRST-CLASS
063S00001441603
FROM 33779

Monkey Doodle, LLC
c/o Keith Glass, RA
1864 N. Hartford Dr.
Fayetteville, AR 72701

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Monkey Doodle, LLC
c/o Keith Glass, RA
1864 N. Hartford Dr.
Fayetteville, AR 72701

9590 9402 9627 5121 0150 10

_____ Number (Transfer from service label)
7018 0040 0000 0013 2547

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ____ Mail
☐ ____ Mail Restricted Delivery
____ 0)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$

Postmark
Here

Monkey Doodle, LLC
c/o Keith Glass, RA
1864 N. Hartford Dr.
Fayetteville, AR 72701

for Instructions

7018 0040 0000 0013 2547









**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Aime M. Glass
4589 Ashford Knolls
Springdale, AR 72762

9590 9402 9627 5121 0318 50

2. Article Number *(Transfer from service label)*

7018 0040 0000 0013 2745

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    ☐ Agent
     ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Mail
☐ ... Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$

Postmark
Here

Aime M. Glass
4589 Ashford Knolls
Springdale, AR 72762

7018 0040 0000 0013 2745

for Instructions









$10.44 0  US POSTAGE
FIRST-CLASS IM
083B0014950399
FROM 33779
L04296.01

CERTIFIED MAIL®

7018 0040 0000 0013 2738

Keith M. Glass
4589 Ashford Knolls
Springdale, AR 72762

The Law Offices of Damian G. Waldman
PO Box 5162
Largo, FL 33779



740 US POSTAGE IM
cents FIRST-CLASS
063B0014950463
FROM 33779
L04299.18

Keith M. Glass
4589 Ashford Knolls
Springdale, AR 72762

The Law Offices of Damian G. Waldman
PO Box 5162
Largo, FL 33779



SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Keith M. Glass
4589 Ashford Knolls
Springdale, AR 72762

9590 9402 9627 5121 0318 67

7018 0040 0000 0013 2738

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ ... n Delivery Restricted Delivery
   Mail
   ...ail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery    $

Postmark
Here

Postage
$

7018 0040 0000 0013 2738

Keith M. Glass
4589 Ashford Knolls
Springdale, AR 72762

See Reverse for Instructions