**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

JORGE LEAL, AS TO AN UNDIVIDED 100,000/158,000 INTEREST; FMC T.D. INVESTMENTS, LLC, AS TO AN UNDIVIDED 58,000/158,000 INTEREST,
   **Plaintiffs,**

              **CASE NO.: 5:24-cv-05152-TLB**

**vs.**

KEITH M. GLASS, UNKNOWN SPOUSE OF KEITH M. GLASS, AMIE M. GLASS, UNKNOWN SPOUSE OF AMIE M. GLASS,
   **Defendants.**

_____/

## PLAINTIFFS' EMERGENCY MOTION TO CANCEL AND RESCHEDULE FORECLOSURE SALE

 **COMES NOW**, Plaintiffs, JORGE LEAL, AS TO AN UNDIVIDED 100,000/158,000 INTEREST and FMC T.D. INVESTMENTS, LLC, AS TO AN UNDIVIDED 58,000/158,000 INTEREST, by and through the undersigned counsel, and move this Honorable Court for an emergency Order canceling and rescheduling the foreclosure sale, and as grounds therefore state as follows:

1. The foreclosure sale in the instant action is currently scheduled for **April 17, 2026**.

2. Defendants, KEITH M. GLASS and AMIE M. GLASS, through the assistance of counsel that has not appeared in this case, have communicated the intention to pay off the loan that is the subject of the instant action.

3. With that being said, Plaintiffs would like to give Defendants the opportunity to do so as that would be the best outcome for both sides.

4. Based on the communication with counsel for Defendants, canceling the sale and rescheduling it for sixty (60) days from the date of this motion should be a sufficient amount of time for Defendants to satisfy the loan balance.

5. Plaintiffs are filing the instant motion in good faith.

6. Given the timing of the sale, this request is being made on an emergency basis.

7. No parties will be prejudiced by the canceling and rescheduling of the foreclosure sale.

WHEREFORE, Plaintiff respectfully requests that the Court enter an emergency Order canceling the foreclosure sale and rescheduling it for a date that is no sooner than sixty (60) days from the date of this motion, and for any other relief that this Honorable Court deems that Plaintiff is entitled.

Respectfully submitted,

*/s/    Damian G. Waldman, Esq.*
☑  Damian G. Waldman, Esq.
Florida Bar No. 0090502
Law Offices of Damian G. Waldman, P.A.
PO Box 5162
Largo, FL 33779
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email 1: damian@dwaldmanlaw.com
E-Service: service@dwaldmanlaw.com
*Attorneys for Plaintiff*

[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished

by the U.S. Mail and/or Electronic Mail on April 16, 2026, to all parties listed on the attached

service list.

/s/    *Damian G. Waldman, Esq.*
☑ Damian G. Waldman, Esq.
   *Attorneys for Plaintiff*

## SERVICE LIST

Keith M. Glass
2580 N. College Ave.
Fayetteville, AR 72764

Amie M. Glass
2580 N. College Ave.
Fayetteville, AR 72764