**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JORGE LEAL, and FMC T.D. INVESTMENTS, LLC | 5:24-CV-5152 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| KEITH M. GLASS, and AMIE M. GLASS | ORDER OF SALE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

KEITH M. GLASS, and AMIE M. GLASS

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

4589 ASHFORD KNOLLS, SPRINGDALE, AR 72762

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 10 | No. 10 | *[signature]* | 1/24/2026 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| AMIE M. GLASS | 6/9/2026 | | |

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy |
|---|---|
| 4589 ASHFORD KNOLLS, SPRINGDALE, AR 72762 | *Dustin Chastain* |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Per the Order of Sale, notice was posted and placed in the mail box at 4589 Ashford Knolls, Springdale, AR giving 45 days to vacate on 1/26/2026. When deputies arrived the maintenance worker was at the address, who then contacted Ms. Glass. Deputy Chastain spoke with her via telephone. Ms. Glass advised to give the maintenance worker a copy of the order and she would get it from him. Deputies verified on 3/12/2026 that the property had been vacated. Per the order, the sale noticed was posted in the in the NWA Democrat Gazette and NWA nwaonline.com for four consecutive weeks 3/22/2026, 3/29/2026, 4/05/2026, 4/12/2026 affidavit is attached. Auction took place at the United States District Court House, Western District of Arkansas, Fayetteville Division on 4/17/2026. Only bidder was the attorney for the Plaintiff's Attorney Damian Waldman who entered a bid amount of $234,718.21. Per the Order the Plaintiffs had a bid credit of $219,493.25 plus post-judgement interest for a total of $234,718.21 which equals the bid amount received. Marshal Service cost for this case was $4,624.21 which includes, service notice, administrative cost, Day of auction cost, newspaper posting, change lock fee and commission. Marshal Service received a check payment for their cost on this case in the amount of $4,624.21 on 6/9/2026. No other funds changed hands. Keys and deed were mailed to The Law Offices of Damian G. Waldman, P.A.; 10333 Seminole Blvd., Units 1 and 2 (Seminole Office); Seminole, FL 33778.

Form USM-285
Rev. 03/21

Form v1.55



Account #: STNUSMS

Company: NWC UNITED STATES MARSHALS SERVICE
30 S 6th St Ste 243
Fort Smith, AR 72901-2410

Ad number #: 584515

PO #:

Matter of: Sale 4589 Ashford

## AFFIDAVIT • STATE OF ARKANSAS

I, __Maria Hernandez-Lopez__ , do solemnly swear that I am the Legal Clerk of the **NWA Democrat Gazette**, a daily newspaper printed and published in WASHINGTON/BENTON county, State of ARKANSAS; that I was so related to this publication at and during the publication of the annexed legal advertisement in the matter of :

Sale 4589 Ashford

Pending in the court, in said County, and at the dates of the several publications of said advertisement stated below, and that during said periods and at said dates, said newspaper was printed and had a bona fide circulation in said County, that said newspaper had been regularly printed and published in said county, and had a bona fide circulation therein for the period of one month before the date of the first publication of said advertisement; and that said advertisement was published in the regular daily issues of said newspaper as stated below.

And that there is due or has been paid the **NWA Democrat Gazette** for publication the sum of $772.16. (Includes $0.00 Affidavit Charge).

*NWA Democrat Gazette 03/22/26, 03/29/26, 04/05/26, 04/12/26; NWA nwaonline.com 03/22/26, 03/29/26, 04/05/26, 04/12/26*

_____
Legal Clerk

State of ARKANSAS, County of __Sebastian__ .

Subscribed and sworn to before me on this 13th day of April, 2026

_____
NOTARY PUBLIC

DULCY BRASHER
MY COMMISSION EXPIRES
11-22-2032
NOTARY PUBLIC
COMM # 12721620
SEBASTIAN COUNTY - ARKANSAS

UNITED STATES MARSHAL SALE NOTICE

Notice is hereby given that pursuant to the authority and directions contained in the decretal order of the United States District Court, Western District of Arkansas, Fayetteville Division, made and entered on 12 January 2026, in a certain cause (no. 5:24-cv-5152) then pending between Jorge Leal, as to Undivided 100,000/158,000 interest ; FMC T.D. Investments LLC Undivided 58,000/158,000 interest, Plaintiffs and Keith M. Glass and Amie M. Glass, Defendants, the undersigned, the United States Marshal of said Court, will offer for sale, at public venue to the highest bidder, at the main door of the U.S. Courthouse in which said court is held, located 35 East Mountain Street, Fayetteville, Arkansas 72707, on April 17, 2026 at 10:00 am, the following described real estate, situated in Washington County, Arkansas:

LOT 18, CARLEY MEADOWS SUBDIVISION, TO THE CITY OF JOHNSON, WASHINGTON COUNTY, ARKANSAS, AS SHOWN IN PLAT RECORD '11' AT PAGE 40. SUBJECT TO RECORD INSTRUMENTS, COVENANTS, RIGHTS OF WAY, AND EASEMENTS.

THE PROPERTY IS MORE COMMONLY KNOWN AS 4589 ASHFORD KNOLLS, SPRINGDALE, AR 72762.

TERMS OF SALE: On a credit of sixty (60) days, the purchaser being required to execute a bond as required by law and the decree of the of said court in said cause, with approved security, bearing interest at rate of ten (10) percent per annum from date of sale until paid, and a lien being retained on the property so to secure the payment of the purchase money. The successful bidder takes the real estate, subject to and shall pay all real estate taxes not divested by the sale. Buyer will be responsible for all state and local realty transfer taxes or stamps.

Each bidder must possess a pre-approval letter and/or a letter of credit from an accredited lending institution that states the exact amount of credit for which the bidder has been approved. The top three (3) bids are binding bids. If the winning bidder is unable to close within sixty (60) days of the auction date, then the second-highest bidder becomes the winning bidder and must close within forty-five (45) days. If the second-highest bidder is unable to close, then the third-highest bidder becomes the winning bidder and must close within forty-five (45) days thereafter.

Property and improvement, if any are sold as-is without warranty as to the property's condition.

Nothing in this notice of sale shall supersede the terms and conditions set forth in the Consent Judgement and Order of Sale entered on 12 January 2026, United States District Court, Western District of Arkansas, Fayetteville Division, case number 5:24-CV-5152.

Given under my hand this 16th day of March 2026.

Gary Grimes
United States Marshal
Western District of Arkansas
March 22 & 29, 2026
April 5 & 12, 2026 584515

Civil Case:

5:24-CV-5152

Property Address:

4589 Ashford Knolls, Springdale, AR 72762

USMS Hourly Rate: $65.00

Bid Amount                          $   235,718.21

Hours  DUSM

| | | | Hours | DUSM | |
|---|---|---|---|---|---|
| Service of notice | $ | 65.00 | 1 | 1 | Order Of Sale - Served |
| USMS Personnel Fee | $ | 65.00 | 1 | 1 | Day of Auction |
| Administrative Cost | | $20.00 | | | Preparation of notice of sale |
| Commission 3% First $1000 | $ | 30.00 | | | |
| Commission 1.5% Remaining | $ | 3,520.77 | | | |
| Change Lock Fee | $ | 151.28 | | | |
| Newspaper Fee | $ | 772.16 | | | Print Add Fee |
| Total | $ | 4,624.21 | | | |